**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    CARLA WATTS | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 17-15029JKF |

### O R D E R

AND NOW, this 8th day of August, 2017 upon consideration of the debtor's motion for an extension of time, it is HEREBY ORDERED that said motion is GRANTED.  The debtor shall have an additional fourteen(14) days to comply with the Court's Order and shall file all required documents on or before August 23, 2017.

BY THE COURT:

_____
THE HONORABLE JEAN K. FITZSIMON

Movant's Counsel:

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia, PA 19107