PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
K.052-745.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                     Bk. No. 17-15029-mdc

Carla Watts,                                                          Chapter 13

      Debtor.
_____/

**REQUEST FOR SPECIAL NOTICE**

    IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not in its individual capacity but solely in its capacity as Owner Trustee of MATAWIN VENTURES TRUST SERIES 2016-4, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 2230 Alleghaney Ave, Philadelphia, PA 19132 (Loan No. XXXX1308), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

    This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: November 28, 2017        By /s/ Dean R. Prober
                                            DEAN R. PROBER, ESQ., CA BAR # 106207
                                            As Agent for Claimant

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On November 29, 2017, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Carla Watts
10 Haines Drive
Schwenksville, PA 19473
Debtor

Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
Attorney for Debtor

William C. Miller
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2017, at Woodland Hills, California.

/s/ Roger Soria