**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | CARLA WATTS | : CHAPTER 13 |
| | | : |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY NO. 17-15029 |

<u>CERTIFICATION OF NO-OBJECTION OR RESPONSE</u>

     I, Zachary Perlick, Esquire, hereby certify that I filed an Application for Approval

of Compensation on January 2, 2018 and gave notice to the Debtor, the Trustee, and all

interested parties that they had twenty (20) days to file an answer, objection or other

responsive pleading; that more than twenty (20) days have passed since the notices were

mailed and I have not received an Answer, objection or other responsive pleading.  I

therefore request that the court enter the Order accompanying said application.


BY    <u>/s/ Zachary Perlick</u>
        Zachary Perlick, Esquire
        1420 Walnut Street, Suite 718
        Philadelphia, PA  19107
        (215) 569-2922