IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
CARLA WATTS :
        Debtor :
: BK. No. 17-15029 MDC

## ORDER

AND NOW, this 22nd day of August, 2018, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

CARLA WATTS
10 HAINES DRIVE
SCHWENKSVILLE, PA 19473

ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107