United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-15029-mdc
Carla Watts                                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey                Page 1 of 2              Date Rcvd: Oct 22, 2018
                              Form ID: pdf900             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
```
db             +Carla Watts,    10 Haines Drive,    Schwenksville, PA 19473-1664
cr             +Wilmington Savings Fund Society, FSB, et al, its a,    c/o Prober & Raphael, ALC,
                 20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
13957522       +Bank of America,    PO Box 660933,    Dallas, TX 75266-0933
14029093        Deutsche Bank National Trust Company, et al,    Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    P.O. Box 24605,    West Palm Beach, FL, 33416-4605
14030566       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13957529       +U.S. Bank, National Association,    c/o Rushmore Loan Services, LLC,    15480 Laguna Canyon Rd.,
                 Suite 100,    Irvine, CA 92618-2132
13957530       +US Department of Education,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
14037039        US Department of Education,    PO Box 16448,    St. Paul, MN 55116-0448
14032070        Wilmington Savings Fund Society, FSB, et al,    c/o Kondaur Capital Corporation,
                 333 South Anita Drive, Suite 400,    Orange, CA 92868-3314
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 23 2018 02:37:28     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 23 2018 02:37:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 02:43:40     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14042215        E-mail/Text: megan.harper@phila.gov Oct 23 2018 02:37:28     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13957523        E-mail/Text: megan.harper@phila.gov Oct 23 2018 02:37:28     City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13957524       +Fax: 407-737-5634 Oct 23 2018 03:06:52     Deutsche Bank National Trust Company,
                 c/o Ocwen Loan Servicing, LC,    Attn. Bankruptcy Dept.,    1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
14016571        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2018 02:43:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13957525       +E-mail/PDF: pa_dc_claims@navient.com Oct 23 2018 02:43:41     Navient,    PO Box 9655,
                 Wilkes Barre, PA 18773-9655
14013996        E-mail/PDF: pa_dc_claims@navient.com Oct 23 2018 02:43:41     Navient PC TRUST,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13957526        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 23 2018 02:37:16     PA Department of Revenue,
                 Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13995358        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2018 02:43:59
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13957890       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2018 02:55:21
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13986807       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 23 2018 02:37:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13972282        E-mail/PDF: cbp@onemainfinancial.com Oct 23 2018 02:43:40     Springleaf Financial,
                 PO Box 3251,    Evansville, IN 47731
13957527        E-mail/Text: jennifer.chacon@spservicing.com Oct 23 2018 02:37:37
                 Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
13957528        E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 02:43:49     Synchrony Bank,    PO Box 965004,
                 Orlando, FL 32896-5004
                                                                                              TOTAL: 16
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13972277*      ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                 (address filed with court: City of Philadelphia,    Law Department, Enforecment Div.,
                 1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13972278*      ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                 (address filed with court: City of Philadelphia,    Law Department, Enforecment Div.,
                 1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13972279*      +Navient,    PO Box 9655,    Wilkes Barre, PA 18773-9655
13972280*       PA Department of Revenue,    Bureau of Compliance,    Dept. 280946,    Harrisburg, PA 17128-0946
13972281*       Select Portfolio Servicing,    PO Box 65450,    Salt Lake City, UT 84165-0450
13972283*       Synchrony Bank,    PO Box 965004,    Orlando, FL 32896-5004
13972284*      +U.S. Bank, National Association,    c/o Rushmore Loan Services, LLC,    15480 Laguna Canyon Rd.,
                 Suite 100,    Irvine, CA 92618-2132
13972285*      +US Department of Education,    2401 International,    PO Box 7859,    Madison, WI 53707-7859
                                                                                   TOTALS: 0, * 9, ## 0
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Oct 22, 2018
                              Form ID: pdf900           Total Noticed: 25
```

             ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee, et.
               al. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee,
               et. al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Carla  Watts Perlick@verizon.net, pireland1@verizon.net
                                                                                             TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     CARLA WATTS       :      CHAPTER 13

        DEBTOR              :      BANKRUPTCY No. 17-15029,CERTMDC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming such service and (1) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_Magdeline D. Coleman_
THE HONORABLE MAGDELINE D. COLEMAN

Dated: 10/19/2018