United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-15029-mdc
Carla Watts                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey              Page 1 of 1               Date Rcvd: Dec 06, 2018
                            Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db             +Carla Watts,   10 Haines Drive,   Schwenksville, PA 19473-1664

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
      JASON BRETT SCHWARTZ    on behalf of Creditor   Wilmington Savings Fund Society, FSB
       jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      JEROME B. BLANK    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee, et.
      al. paeb@fedphe.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, not in its
      individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
      bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, not in its
      individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
      bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   Deutsche Bank National Trust Company, As Trustee,
      et. al. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      ZACHARY PERLICK    on behalf of Debtor Carla Watts Perlick@verizon.net, pireland1@verizon.net
                                                                           TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | CARLA WATTS | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 17-15029 MDC |

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 4,500.00 |
| Total expense cost: | $     51.00 |
| Attorney fee already paid by Debtor | $ 1,500.00 |
| Net amount to be paid by Trustee | $ 3,051.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_Magdeline D. Coleman_
THE HONORABLE MAGDELINE D. COLEMAN

Dated:    December 5, 2018